## TAYLOR *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 53, September Term, 1962.]

*Decided February 8, 1963.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

654

Per Curiam.

For the reasons set forth in the opinion of Judge Sodaro denying the petition below, the application for leave to appeal is hereby denied.

*Application denied.*